IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M. AKIFUR RAHMAN, NIAZ ANWAR, KHALID BHATTI, SHIMROTE ISHAQUE, OUSSAMA JAMMAL, ELIE R. KHOURY, FARIDEH KHOURY, SAMMY U. REHMAN, MASOODA RAHMAN and RIFFAT MEHMOOD,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security, in his official capacity; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, in his official capacity, W. RALPH BASHAM, Commissioner of U.S. Customs and Border Protection, in his official capacity; and JULIE L. MYERS, Assistant Secretary of U.S. Immigration and Customs Enforcement, in her official capacity,<br><br>    Defendants. | No. 05 C 3761<br><br>Judge Ronald A. Guzmán |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 13, 2010, at 9:30 a.m. the undersigned shall appear before the Honorable Judge Ronald A. Guzmán, at Dirksen Federal Building, and shall present **COUNSEL'S MOTION TO WITHDRAW**, a copy of which is hereby served upon you.

Dated: April 8, 2010                       Respectfully submitted,

                                                          /s/ Ismail Alsheik
                                                          Ismail Alsheik

                                                          SCHIFF HARDIN LLP

233 South Wacker Drive
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 facsimile

CH2\8525924.1