

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604



**MICHAEL W. DOBBINS**
CLERK

**FILED**   312-435-5670

SEP 16 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Rahman, et al

-V-

Chertoff, et al

Judge: Guzman
05C3761

## ACKNOWLEDGMENT OF RECEIPT OF SEALED DOCUMENTS

Pursuant to the order 11/9/05 by the Honorable Ronald A. Guzman, I acknowledge receipt of Document(s) 67, 68, 187, 240, 243, 251, 259, 271, 278, 349, 350, 367, 388, 433.

_____
Signature (Thomas Walsh)

9-16-10
Date

THOMAS WALSH
Print Name

United States Attorney's Office (NDIL)
Firm

_____
Deputy Clerk

9-10-10
Date